1  Thomas E. Shuck SBN 116228
   Rhodah Van Der Schyff SBN 137218
2  Michael B. Mellema, SBN 247323
   PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
3  A Professional Corporation
   555 S. Flower St., 30th Floor
4  Los Angeles, California 90071-2440
   Telephone:    (213) 683-6500
5  Facsimile:    (213) 683-6669
   tshuck@pmcos.com
6
   Attorneys for Defendants AMERICAN GEM TRADE
7  ASSOCIATION, INC.; BETTY SUE KING; BARBARA
   LAWRENCE; ROBERT BENTLEY; BENJAMIN HACKMAN;
8  KAMBIZ SABOURI; SAM PODDAR; SUSHIL GOYAL; ERIC
   SCHWOTZER; BILL LARSON; JOHN BACHMAN; PETER
9  BAZAR; JOE ORLANDO; ERIC BRAUNWART; PHILIP
   ZAHM; PHILIP ZAHM & ASSOCIATES, INC.; SORAYA
10 CAYEN; ROBERT KANE; and SURINDER MITTAL

11            **UNITED STATES DISTRICT COURT**

12            **NORTHERN DISTRICT OF CALIFORNIA**

13                **(SAN JOSE DIVISION)**

| | |
|---|---|
| 14  PARAIBA.COM, INC. and DAVID SHERMAN, | Case No.  5:08-cv-02215-PVT |
| 15 | Magistrate Judge: Patricia V. Trumbull |
| 16         Plaintiffs, | **JOINDER OF DEFENDANTS IN NOTICE OF REMOVAL** |
| 17         v. | |
| 18  AMERICAN GEM TRADE ASSOCIATION, INC. (a corporation licensed under the Laws of New York); | |
| 19  GEMOLOGICAL INSTITUTE OF AMERICA, INC. (a corporation licensed | |
| 20  under the laws of the State of California); BRAZIL IMPORTS, INC. (a corporation | |
| 21  Licensed under the Laws of the State of California); LUIZ NOGUERIA; | |
| 22  BARBARA LAWRENCE; OMI NAGPAL; KAMBIZ SABOURI; BETTY SUE KING; | |
| 23  SAM PODDER; JOHN BACHMAN; PETER BAZAR; ROBERT BENTLEY; | |
| 24  SORAYA CAYEN; SUSHIL GOYA; BENJAMIN HACKMAN; ROBERT | |
| 25  KANE; GLENN LEHRER; SURINDER MITTAL; JOE ORLANDO; ERIC | |
| 26  SCHWOTZER; ERIC BRAUWANT; WILLIAM LARSON; and Does 1 through | |
| 27  200, inclusive,                 Defendants. | |

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

28

1    The following defendants join in the Notice of Removal to this Court filed on

2  April 29, 2008, of the action entitled PARAIBA.COM INC. v. AMERICAN GEM

3  TRADE ASSOCATION, INC., etc. et al., originally filed in the Superior Court of Santa

4  Clara County, California, District of San Jose, Case No. CV 159941 (the "State Court

5  Action"):

6      1.  American Gem Trade Association, Inc.;

7      2.  Betty Sue King;

8      3.  Barbara Lawrence;

9      4.  Robert Bentley;

10     5.  Benjamin Hackman;

11     6.  Kambiz Sabouri;

12     7.  Sam Poddar;

13     8.  Sushil Goyal;

14     9.  Eric Schwotzer;

15     10. Bill Larson;

16     11. John Bachman;

17     12. Peter Bazar;

18     13. Joe Orlando;

19     14. Eric Braunwart;

20     15. Philip Zahm;

21     16. Philip Zahm & Associates, Inc.;

22     17. Soraya Cayen;

23     18. Robert Kane; and

24     19. Surinder Mittal.

25        //

26

27

28

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

1    Each of the named Defendants listed above were served with the Summons and

2    Complaint in the State Court Action.  A true and correct representative copy of the

3    Summons served on each of the Defendants is attached hereto as Exhibit "1" and is

4    incorporated herein by reference.  Joining Defendants' counsel has determined that each

5    Summons served was blank and identical in form with no reference made to the person

6    served.

7    Respectfully submitted,

8    DATED: April 30, 2008                    PARKER, MILLIKEN, CLARK, O'HARA &
                                              SAMUELIAN
9                                             A Professional Corporation

10

11                                            By: _____/s/ Thomas E. Shuck_____
12                                                    THOMAS E. SHUCK

13                                            Attorneys for Defendants
                                              AMERICAN GEM TRADE
14                                            ASSOCIATION, INC.; BETTY SUE
                                              KING; BARBARA LAWRENCE;
15                                            ROBERT BENTLEY; BENJAMIN
                                              HACKMAN; KAMBIZ SABOURI; SAM
16                                            PODDAR; SUSHIL GOYAL; ERIC
                                              SCHWOTZER; BILL LARSON; JOHN
17                                            BACHMAN; PETER BAZAR; JOE
                                              ORLANDO; ERIC BRAUNWART;
18                                            PHILIP ZAHM; RICHARD KREMENTZ;
                                              OMI NAGPAL; SORAYA CAYEN;
19                                            ROBERT KANE; SURINDER MITTAL

20

21

22

23

24

25

26

27

28

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 3 -

# EXHIBIT "1"

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY<br>
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
American Gem Trade Association, Inc. (a corporation licensed under the Laws of New York); Gemological Institute of America, Inc. (a corporation licensed under the laws of the State of California);
"Additional Parties Attachment form is attached."

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Paraiba.Com, Inc. (a corporation licensed under the Laws of the State of Nevada); David Sherman



FILED

APR 0 7 2008

ALEX CALVO, CLERK
BY MICHELLE IRIS
DEPUTY, SANTA CRUZ COUNTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/español), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/español) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* <br> Santa Cruz County Superior Court <br> 701 Ocean Street <br> Santa Cruz, CA 95060 | CASE NUMBER: <br> *(Número del Caso):* <br> **CV 159941** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
John P. Hannon II    (831) 476-8005
716 Capitola Avenue, Suite F, Capitola, CA 95010

DATE: **APR 0 7 2008**                    **ALEX CALVO**    **MICHELLE IRIS**
*(Fecha)*                                          Clerk, by _____, Deputy
                                                        *(Secretario)*                        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)              ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
             ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| PARAIBA.COM, INC., et al. v. AMERICAN GEM TRADE ASSOCIATION, et al | |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

▸ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.):*

☐ Plaintiff    ☑ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

Brazil Imports, Inc. (a corporation licensed under the Laws of the State of California); Luiz Nogueira; Barbara Lawrence; Omi Nagpal; Kambiz Sabouri; Betty Sue King; Sam Podder; John Bachman; Peter Bazar; Robert Bentley; Soraya Cayen; Sushil Goyal; Benjamin Hackman; Robert Kane; Glenn Lehrer; Surinder Mittal; Joe Orlando; Eric Schwotzer; Eric Brauwart; William Larson; and Does 1 through 200, inclusive.

Page 1 of 1

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

## ADDITIONAL PARTIES ATTACHMENT
### Attachment to Summons

www.access-law.com

**PROOF OF SERVICE**

Paraiba.Com, Inc. v. American Gem Trade etc., et al.,
Case No. 5:08-cv-02215-PVT

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071.

On April 30, 2008, I served the foregoing document described as **JOINDER OF DEFENDANTS IN NOTICE OF REMOVAL** on all interested parties:

**SEE ATTACHED SERVICE LIST**

☒    (BY MAIL) By placing a true copy in envelope(s) addressed as referenced on ATTACHED SERVICE LIST.  The envelope(s) were then sealed and deposited for collection and mailing in accordance with my employer's normal procedures.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service, with all postage prepaid, at Los Angeles, California, on the same day in the ordinary course of business.

☐    (BY OVERNIGHT DELIVERY)  By placing a true copy in envelope(s) addressed as listed on ATTACHED SERVICE LIST.  The envelopes were then sealed and deposited for collection and delivery in accordance with my employer's normal procedures.  I am readily familiar with the firm's practice for collection and processing correspondence for overnight delivery.  Under that practice it would be placed in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents.

☐    (BY FACSIMILE) Pursuant to agreement of the parties in compliance with California Rules of Court, Rule 2008, by use of facsimile machine telephone number (213) 683-6669, I served a true and correct copy of the above-referenced document on all interested parties in this action by facsimile transmission to the facsimile number(s) listed in the ATTACHED SERVICE LIST prior to 5:00 p.m.  The transmission was reported as complete and without error on a printed report issued by said facsimile machine upon completion of the transmission.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 30, 2008 at Los Angeles, California.

/s/ Marilyn D. Alvarado

Marilyn D. Alvarado

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

1

<u>Service List</u>

2

Paraiba.Com, Inc. v. American Gem Trade etc., et al.,
Case No.  5:08-cv-02215-PVT

3

4        John P. Hannon, II                         Attorney for Plaintiffs
         716 Capitola Avenue                        Paraiba.com, Inc. and David Sherman
         Suite F
5        Capitola, CA 95010

6        Jennifer Marie Feldman                     Attorneys for Defendant
         Nancy O. Dix                               Gemological Institute of America, Inc.
7        DLA Piper
         401 B Street
8        Suite 1700
         San Diego, CA 92101

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 5 -