NANCY O. DIX, Bar No. 129150
nancy.dix@dlapiper.com
JENNIFER M. FELDMAN, Bar No. 216645
jennifer.feldman@dlapiper.com
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

Attorneys for Defendant,
GEMOLOGICAL INSTITUTE OF AMERICA, a
California Non-Profit Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PARAIBA.COM, INC. and DAVID SHERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GEM TRADE ASSOCIATION, INC. (a corporation licensed under the Laws of New York); GEMOLOGICAL INSTITUTE OF AMERICA, INC.  (a California Non-Profit Corporation); BRAZIL IMPORTS, INC. (a corporation Licensed under the Laws of the State of California); LUIZ NOGUERIA; BARBARA LAWRENCE; OMI NAGPAL; KAMBIZ SABOURI; BETTY SUE KING; SAM PODDER; JOHN BACHMAN; PETER BAZAR; ROBERT BENTLEY; SORAYA CAYEN; SUSHIL GOYAL; BENJAMIN HACKMAN; ROBERT KANE; GLENN LEHRER; SURINDER MITTAL; JOE ORLANDO; ERIC SCHWOTZER; ERIC BRAUWART; WILLIAM LARSON; and Does 1 through 200, inclusive.<br><br>Defendants. | CASE NO.  5:08-CV-02215-PVT<br><br>**DEFENDANT GEMOLOGICAL INSTITUTE OF AMERICA'S RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the judge and magistrate judges of the Northern District of California to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Gemological Institute of America ("GIA")

1  certifies that GIA does not have a parent corporation and that no publicly held corporation owns
2  10% or more of GIA's stock.
3  Dated: May 5, 2008

DLA PIPER US LLP

By    /s/ Nancy O. Dix
   NANCY O. DIX
   JENNIFER M. FELDMAN

Attorneys for Defendant
GEMOLOGICAL INSTITUTE OF AMERICA,
a California Non-Profit Corporation

DLA PIPER US LLP
SAN DIEGO

WEST\21387238.1

-2-
DEFENDANT GEMOLOGICAL INSTITUTE OF AMERICA'S RULE 7.1 STATEMENT

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On May 5, 2008, I served the within documents:

    DEFENDANT GEMOLOGICAL INSTITUTE OF AMERICA'S
    RULE 7.1 STATEMENT

[X] Via email through the United States District Court's Electronic Filing Notice system to those persons with email addresses listed below.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California, delivery as noted below to the address(es) as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**VIA U.S. MAIL**

John P. Hannon, II
Attorney at Law
716 Capitola Avenue
Suite F
Capitola, CA 95010
Ph: 831-476-8005
Fax: 831-476-8984

*Attorneys for Plaintiff*
Paraiba.com, Inc.

**VIA COURT'S ECF SYSTEM**

Thomas Edward Shuck
Michael B. Mellema
Rhodah Van Der Schyff
Parker Milliken Clark O'Hara & Samuelian
555 South Flower Street, 30th Floor
Los Angeles, CA 90071-2440
Ph: 213-683-6500
Fax: 213-6836669
Email: tshuck@pmcos.com

*Attorneys for Defendants*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on May 5, 2008, at San Diego, California.

_____
Debra Stitcher

WEST\21387064.1

-2-