1 | NANCY O. DIX, Bar No. 129150
    nancy.dix@dlapiper.com
2 | JENNIFER M. FELDMAN, Bar No. 216645
    jennifer.feldman@dlapiper.com
3 | DLA PIPER US LLP
    401 B Street, Suite 1700
4 | San Diego, CA 92101-4297
    Tel: 619.699.2700
5 | Fax: 619.699.2701

6 | Attorneys for Defendant,
    GEMOLOGICAL INSTITUTE OF AMERICA, a
7 | California Non-Profit Corporation

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PARAIBA.COM, INC. and DAVID SHERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GEM TRADE ASSOCIATION, INC. (a corporation licensed under the Laws of New York); GEMOLOGICAL INSTITUTE OF AMERICA, INC. (a California Non-Profit Corporation); BRAZIL IMPORTS, INC. (a corporation Licensed under the Laws of the State of California); LUIZ NOGUERIA; BARBARA LAWRENCE; OMI NAGPAL; KAMBIZ SABOURI; BETTY SUE KING; SAM PODDER; JOHN BACHMAN; PETER BAZAR; ROBERT BENTLEY; SORAYA CAYEN; SUSHIL GOYAL; BENJAMIN HACKMAN; ROBERT KANE; GLENN LEHRER; SURINDER MITTAL; JOE ORLANDO; ERIC SCHWOTZER; ERIC BRAUWART; WILLIAM LARSON; and Does 1 through 200, inclusive.<br><br>Defendants. | CASE NO. 5:08-CV-02215-PVT<br><br>**PROOF OF SERVICE OF:**<br>**1) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**<br>**(2) GUIDELINES OF THE U.S.D.C., NORTHERN DISTRICT OF CALIFORNIA; AND**<br>**(3) ADR INFORMATION PACKAGE** |

DLA PIPER US LLP
SAN DIEGO

WEST\21387306.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 401 B Street, Suite 1700, San Diego, California 92101-4297. On May 5, 2008, I served the within documents:

**1.    ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

**2.    GUIDELINES PROVIDED BY THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION**

**3.    THE LAWYER'S PLEDGE**

**4.    ADR INFORMATION PACKAGE**

☐ Via email through the United States District Court's Electronic Filing Notice system to those persons with email addresses listed below.

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California, delivery as noted below to the address(es) as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| VIA U.S. MAIL | VIA U.S. MAIL |
|---|---|
| John P. Hannon, II<br>Attorney at Law<br>716 Capitola Avenue<br>Suite F<br>Capitola, CA 95010<br>Ph: 831-476-8005<br>Fax: 831-476-8984<br><br>*Attorneys for Plaintiff*<br>Paraiba.com, Inc. | Thomas Edward Shuck<br>Michael B. Mellema<br>Rhodah Van Der Schyff<br>Parker Milliken Clark O'Hara & Samuelian<br>555 South Flower Street, 30th Floor<br>Los Angeles, CA 90071-2440<br>Ph: 213-683-6500<br>Fax: 213-6836669<br>Email: tshuck@pmcos.com<br><br>*Attorneys for Defendants* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

-2-

WEST\21387306.1

1   I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

2

3   Executed on May 5, 2008, at San Diego, California.

_____
Debra Stitcher