DLA PIPER US, LLP
401 B STREET, SUITE 1700
SAN DIEGO CA 92101
619-699-2700          Ref. No.      : 0412388-01
                      Atty. File No. : 353397-53

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
NORTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : PARAIBA.COM, INC. | Case No.: C08 02215 PVT |
| DEFENDANT | : AMERICAN GEM TRADE ASSOCIATION, INC. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the CIVIL CASE COVER SHEET; NOTICE OF REMOVAL; STATEMENT; NOTICE TO STATE COURT OF FILING OF NOTICE OF REMOVAL WITH EX. A; NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL WITH EX. A; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE SAN JOSE DIVISION

3. a. Party served  : JOHN P. HANNON II
   b. Person served : Party in Item 3a

4. Address where the party was served 716 CAPITOLA AVENUE   SUITE F
                                      CAPITOLA, CA 95010    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on April 29, 2008  (2) at: 02:44 PM

6. Witness fees were not demanded and were not paid.

7. **Person who served papers**
   a. MARIO MONTES
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $115.50
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 5, 2008                           Signature: _____
                                                       MARIO MONTES

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)       **PROOF OF SERVICE**