1  Thomas E. Shuck, Esq., SBN 116228
   Parker, Milliken, Clark, O'Hara & Samuelian, PC
2  555 S. Flower St., 30th Floor
   Los Angeles, CA 90071-2440
3  Telephone: (213)685-6500
   Fax: (213)683-6669
4  tshuck@pmcos.com

5  Linda J. Lynch, Esq. SBN 88811
   SARRAIL, LYNCH & HALL, LLP
6  700 Airport Blvd., Ste. 420
   Burlingame, CA 94010
7  Telephone: (650)685-9200
   Fax: (650)685-9206
8  llynch@slhlawfirm.com

9  Attorneys for Defendants AMERICAN GEM TRADE ASSOCIATION, INC.;
   BETTY SUE KING; BARBARA LAWRENCE; ROBERT BENTLEY;
10 BENJAMIN HACKMAN; KAMBIZ SABOURI; SAM PODDAR; SUSHIL GOYAL;
   ERIC SCHWOTZER; BILL LARSON; JOHN BACHMAN; PETER BAZAR;
11 JOE ORLANDO; ERIC BRAUNWART; PHILIP ZAHM; PHILIP ZAHM &
   ASSOCIATES, INC.; SORAYA CAYEN; ROBERT KANE; AND SURINDER MITTAL
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    (SAN JOSE DIVISION)

16 PARAIBA.COM, INC. and DAVID SHERMAN,  )  Case No. 5:08-cv-02215-PVT
                                         )
17                                       )
                Plaintiffs,              )  **ASSOCIATION OF COUNSEL**
18 vs.                                   )
                                         )
19 AMERICAN GEM TRADE ASSOCIATION,       )
   INC. (a corporation licensed under the Laws of )
20 New York); GEMOLOGICAL INSTITUTE OF  )
   AMERICA, INC. (a corporation licensed under )
21 the laws of the State of California); BRAZIL )
   IMPORTS, INC. (a corporation licensed under )
22 the laws of the State of California); LUIZ )
   NOGUERIA; BARBARA LAWRENCE; OMI )
23 NAGPAL; KAMBIZ SABOURI; BETTY SUE )
   KING; SAM PODDAR; JOHN BACHMAN; )
24 PETER BAZAR; ROBERT BENTLEY; )
   SORAYA CAYEN; SUSHIL GOYA; BENJAMIN )
25 HACKMAN; ROBERT KANE; GLENN )
   LEHRER; SURINDER MITTAL; JOE )
26 ORLANDO; ERIC SCHWOTZER; ERIC )
   BRAUNWART; WILLIAM LARSON; and Does )
27 1 through 200, inclusive.             )
                                         )
28          Defendants.                  )
                                         )

ASSOCIATION OF COUNSEL

1   Parker, Milliken, Clark, O'Hara & Samuelian, being attorneys of record for
2   defendants AMERICAN GEM TRADE ASSOCIATION, INC., BETTY SUE KING,
3   BARBARA LAWRENCE; ROBERT BENTLEY, BENJAMIN HACKMAN, KAMBIZ
4   SABOURI, SAM PODDAR, SUSHIL GOYAL, ERIC SCHWOTZER, BILL LARSON, JOHN
5   BACHMAN, PETER BAZAR, JOE ORLANDO, ERIC BRAUNWART, PHILIP ZAHM,
6   PHILIP ZAHM & ASSOCIATES, INC., SORAYA CAYEN, ROBERT KANE, AND
7   SURINDER MITTAL, hereby associate the law firm of Sarrail, Lynch & Hall, LLP as co-
8   counsel for said parties in this matter. The office address and telephone number of such
9   associated counsel are as follows:

10  Sarrail, Lynch & Hall, LLP, 700 Airport Blvd., Ste. 420, Burlingame, California,
11  94010, (650)685-9200.

Dated: July 29, 2008

PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN

_____
Thomas E. Shuck
Attorneys Defendants

ASSOCIATION OF COUNSEL

**PROOF OF SERVICE**

<u>Paraíba.Com, Inc. v. American Gem Trade etc., et al.,</u>
<u>Case No. 5:08-cv-02215-PVT</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071.

On July 29, 2008, I served the foregoing document described as **ASSOCIATION OF COUNSEL BY AMERICAN GEM TRADE ASSOCIATION, INC. ET AL.** on all interested parties:

**SEE ATTACHED SERVICE LIST**

☒ (BY MAIL) By placing a true copy in envelope(s) addressed as referenced on ATTACHED SERVICE LIST. The envelope(s) were then sealed and deposited for collection and mailing in accordance with my employer's normal procedures. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service, with all postage prepaid, at Los Angeles, California, on the same day in the ordinary course of business.

☐ (BY OVERNIGHT DELIVERY) By placing a true copy in envelope(s) addressed as listed on ATTACHED SERVICE LIST. The envelopes were then sealed and deposited for collection and delivery in accordance with my employer's normal procedures. I am readily familiar with the firm's practice for collection and processing correspondence for overnight delivery. Under that practice it would be placed in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents.

☐ (BY FACSIMILE) Pursuant to agreement of the parties in compliance with California Rules of Court, Rule 2008, by use of facsimile machine telephone number (213) 683-6669, I served a true and correct copy of the above-referenced document on all interested parties in this action by facsimile transmission to the facsimile number(s) listed in the ATTACHED SERVICE LIST prior to 5:00 p.m. The transmission was reported as complete and without error on a printed report issued by said facsimile machine upon completion of the transmission.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 29, 2008 at Los Angeles, California.

_____
Marilyn D. Alvarado

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

PROOF OF SERVICE

<u>Service List</u>

Paraiba.Com, Inc. v. American Gem Trade etc., et al.,
Case No. 5:08-cv-02215-PVT

| | |
|---|---|
| John P. Hannon, II<br>716 Capitola Avenue<br>Suite F<br>Capitola, CA 95010 | Attorney for Plaintiffs<br>Paraiba.com, Inc. and David Sherman |
| Nancy O. Dix<br>DLA Piper US LLP<br>401 B Street<br>Suite 1700<br>San Diego, CA 92101-4207 | Attorneys for Defendant<br>Gemological Institute of America, Inc. |
| Jennifer Marie Feldman<br>DLA Piper US LLP<br>401 B Street<br>Suite 1700<br>San Diego, CA 92101-4207 | Attorneys for Defendant<br>Gemological Institute of America, Inc. |

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

PROOF OF SERVICE