UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Paraiba.com, Inc., et al.,

          Plaintiff(s),

   v.

American Gem Trade Association, et al.

          Defendant(s).

CASE NO. 08-02215 PVT

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
✓   Early Neutral Evaluation (ENE) (ADR L.R. 5) *
    Mediation (ADR L.R. 6)

\* Parties request ENE with panel intellectual property/trademark/unfair competition specialist.

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**
    Private ADR (please identify process and provider) _____

The parties agree to hold the ADR session by:
✓   the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

    other requested deadline _____

Dated: August 1, 2008

                                          Attorney for Plaintiff

Dated: August 1, 2008

                                          Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Paraiba.com, Inc., et al.,

                  Plaintiff(s),

v.

American Gem Trade Association, et al.

                  Defendant(s).
_____/

CASE NO. 08-02215 PVT

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE)  (ADR L.R. 5) *
      Mediation (ADR L.R. 6)
      * Parties request ENE with panel intellectual property/trademark/unfair competition specialist.

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: August 1, 2008

Dated: August 1, 2008

_____
Attorney for Plaintiff

*[signature]*
Attorney for Defendant
Gemological Institute of America, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Paraiba.com, Inc., et al.,

            Plaintiff(s),

CASE NO. 08-02215 PVT

v.

American Gem Trade Association, et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

            Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
✓   Early Neutral Evaluation (ENE) (ADR L.R. 5) *
    Mediation (ADR L.R. 6)
    * Parties request ENE with panel intellectual property/trademark/unfair competition specialist.
*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: August 1, 2008

                        Attorney for Plaintiff

Dated: August 1, 2008

                        Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Paraiba.com, Inc., et al.,

              Plaintiff(s),

    v.

American Gem Trade Association, et al.

             Defendant(s).

CASE NO. 08-02215 PVT

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE) (ADR L.R. 5) *
      Mediation (ADR L.R. 6)
      * Parties request ENE with panel intellectual property/trademark/unfair competition specialist.

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: August 1, 2008

                                                          Attorney for Plaintiff

Dated: August 1, 2008

                                                          Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
        Private ADR

    Deadline for ADR session
        90 days from the date of this order.
        other                  .

IT IS SO ORDERED.

Dated:_____                                _____

                                                      UNITED STATES MAGISTRATE JUDGE