**PARKER MILLIKEN**
PARKER, MILLIKEN, CLARK, O'HARA, SAMUELIAN
A PROFESSIONAL CORPORATION

THOMAS E. SHUCK

Direct Dial: (213) 683-6623
E-mail: tshuck@pmcos.com

August 8, 2008

**BY E-FILE**

The Hon. Patricia V. Trumbull
U.S. District Court-Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113

    Re:    Case Name:    Paraiba.Com, Inc., et al. v.
                              American Gem Trade Association
              Case No.:       5:08-cv-02215-PVT
              Date of Hearing: Case Management Conference, 8/19/08
              Time of Hearing: 2:00 P.M.
              ***Request for Telephonic Appearance***

Dear Judge Trumbull:

     Our office represents Defendants American Gem Trade Association, et al. in the above referenced matter. A Case Management Conference is set for August 19, 2008, at 2:00 p.m.

     I will be out of the state from August 11, 2008 to August 22, 2008. However, I wish to be included, participate, and represent my clients at the Case Management Conference. I therefore respectfully request that you kindly grant my request herein to appear telephonically.

     Thank you for your consideration. If you have any questions, please contact my paralegal, Marilyn Alvarado, during my absence directly at (213) 683-6605.

                                                      Sincerely,

                                                      */s/ Thomas E. Shuck*
                                                      Thomas E. Shuck
                                                      PARKER, MILLIKEN, CLARK,
                                                        O'HARA & SAMUELIAN