

DLA Piper US LLP
401 B Street, Suite 1700
San Diego, California 92101-4297
www.dlapiper.com

Nancy O. Dix
nancy.dix@dlapiper.com
T  619.699.2921
F  619.764.6621

August 11, 2008
BY E-FILE

The Honorable Patricia V. Trumbull
U.S. District Court, Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA  95113

Re:   *Paraiba.com, Inc., et al. v. American Gem Trade Association, et al.*
      **Case No. 5:08-cv-02215-PVT**
      **Date of CMC:  August 19, 2008**
      **Time of Hearing:  2:00 p.m.**
      **Request for Telephonic Appearance**

Dear Judge Trumbull:

We represent Defendant Gemological Institute of America, Inc. ("GIA") in the above referenced matter. A Case Management Conference is set for August 19, 2008 at 2:00 p.m.

An associate from our office, Jennifer Feldman, will appear personally at the Case Management Conference, however, as lead trial counsel for GIA, I would like to participate as well. I am unable to appear personally, and request that I be permitted to appear telephonically.

Thank you for your consideration. If you have any questions, please contact my assistant, Debra Stitcher, at 619 699-2765.

Very truly yours,

**DLA Piper US LLP**

/s/ Nancy O. Dix
Nancy O. Dix
Partner

Admitted to practice in California and the District of Columbia

NOD:saw

WEST\21491145.1