# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Paraiba.com, Inc., et al.,

                Plaintiff(s),

              v.

American Gem Trade Association, Inc.,
et al.,

                Defendant(s).

Case No. 08-02215 PVT

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8-11 , 2008

AMERICAN GEM TRADE ASSOCIATION, INC.

By: DOUGLAS K. HUCKER
Defendant

Dated:_____, 2008

Betty Sue King, Defendant

Dated:_____, 2008

Barbara Lawrence, Defendant

Dated:_____, 2008

Robert Bentley, Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Paraiba.com, Inc., et al.,

                    Plaintiff(s),

             v.

American Gem Trade Association, Inc.,
et al.,

                    Defendant(s).

Case No. 08-02215 PVT

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____, 2008

Dated: Aug. 6, 2008

Dated:_____, 2008

Dated:_____, 2008

AMERICAN GEM TRADE ASSOCIATION, INC.

By:_____
Defendant

_____
Betty Sue King, Defendant

_____
Barbara Lawrence, Defendant

_____
Robert Bentley, Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Paraiba.com, Inc., et al.,

                Plaintiff(s),

          v.

American Gem Trade Association, Inc.,
et al.,

                Defendant(s).

Case No. 08-02215 PVT

### ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____, 2008

Dated:_____, 2008

Dated: Aug 6 , 2008

Dated:_____, 2008

AMERICAN GEM TRADE ASSOCIATION, INC.

By:_____
Defendant

_____
Betty Sue King, Defendant

_____
Barbara Lawrence, Defendant

_____
Robert Bentley, Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Paraiba.com, Inc., et al.,

          Plaintiff(s),

v.

American Gem Trade Association, Inc., et al.,

          Defendant(s).

Case No. 08-02215 PVT

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____, 2008

Dated:_____, 2008

Dated:_____, 2008

Dated: 8/6 , 2008

AMERICAN GEM TRADE ASSOCIATION, INC.

By:_____
Defendant

_____
Betty Sue King, Defendant

_____
Barbara Lawrence, Defendant

_____
Robert Bentley, Defendant

Dated: _8-6-_, 2008

_____
Benjamin Hackman, Defendant

Dated: _____, 2008

_____
Kambiz Sabouri, Defendant

Dated: _____, 2008

_____
Sam Poddar, Defendant

Dated: _____, 2008

_____
Sushil Goyal, Defendant

Dated: _____, 2008

_____
Eric Schwotzer, Defendant

Dated: _____, 2008

_____
Bill Larson, Defendant

Dated: _____, 2008

_____
John Bachman, Defendant

Dated: _____, 2008

_____
Peter Bazar, Defendant

Dated: _____, 2008

_____
Joe Orlando, Defendant

Dated: _____, 2008

_____
Eric Braunwart, Defendant

Dated: _____, 2008

_____
Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

Dated: _____, 2008

_____
Soraya Cayen, Defendant

Dated: _____, 2008

_____
Robert Kane, Defendant

Dated: _____, 2008

_____
Surinder Mittal, Defendant

Dated: _____, 2008

Parker, Milliken, Clark, O'Hara & Samuelian, PC

_____
Thomas E. Shuck, Attorney for Defendants

Sarrail, Lynch & Hall, ALP

Dated: _____, 2008

_____
Linda J. Lynch, Attorney for Defendants

Dated: _____ , 2008

Benjamin Hackman, Defendant

Dated: 8/06/_ , 2008

_Kambiz Saboury_

Kambiz Saboury, Defendant

Dated: _____ , 2008

Sam Poddar, Defendant

Dated: _____ , 2008

Sushil Goyal, Defendant

Dated: _____ , 2008

Eric Schwotzer, Defendant

Dated: _____ , 2008

Bill Larson, Defendant

Dated: _____ , 2008

John Bachman, Defendant

Dated: _____ , 2008

Peter Bazar, Defendant

Dated: _____ , 2008

Joe Orlando, Defendant

Dated: _____ , 2008

Eric Braunwart, Defendant

Dated: _____ , 2008

Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

Dated: _____ , 2008

Soraya Cayen, Defendant

Dated: _____ , 2008

Robert Kane, Defendant

Dated: _____ , 2008

Surinder Mittal, Defendant

Dated: _____ , 2008

Parker, Milliken, Clark, O'Hara & Samuelian, PC

Thomas E. Shuck, Attorney for Defendants

Dated: _____ , 2008

Sarrail, Lynch & Hall, A.L.P.

Linda J. Lynch, Attorney for Defendants

Dated:_____, 2008          _____
                                 Benjamin Hackman, Defendant

Dated:_____, 2008          _____
                                 Kambiz Sabouri, Defendant

Dated: Aug 6, 2008               _S. R. Poddar_____
                                 Sam Poddar, Defendant

Dated:_____, 2008          _____
                                 Sushil Goyal, Defendant

Dated:_____, 2008          _____
                                 Eric Schwotzer, Defendant

Dated:_____, 2008          _____
                                 Bill Larson, Defendant

Dated:_____, 2008          _____
                                 John Bachman, Defendant

Dated:_____, 2008          _____
                                 Peter Bazar, Defendant

Dated:_____, 2008          _____
                                 Joe Orlando, Defendant

Dated:_____, 2008          _____
                                 Eric Braunwart, Defendant

Dated:_____, 2008          _____
                                 Philip Zahm,
                                 Philip Zahm & Associates, Inc. Defendants

Dated:_____, 2008          _____
                                 Soraya Cayen, Defendant

Dated:_____, 2008          _____
                                 Robert Kane, Defendant

Dated:_____, 2008          _____
                                 Surinder Mittal, Defendant

Dated:_____, 2008          Parker, Milliken, Clark, O'Hara & Samuelian, PC

                                 _____
                                 Thomas E. Shuck, Attorney for Defendants

                                 Sarrail, Lynch & Hall, LLP

Dated:_____, 2008          _____
                                 Linda J. Lynch, Attorney for Defendants

Dated: _____, 2008

Dated: _____, 2008

Dated: _____, 2008

Dated: 8/6 , 2008

Dated: _____, 2008

Dated: _____, 2008

Dated: _____, 2008

Dated: _____, 2008

Dated: _____, 2008

Dated: _____, 2008

Dated: _____, 2008

Dated: _____, 2008

Dated: _____, 2008

Dated: _____, 2008

Dated: _____, 2008

Dated: _____, 2008

Dated: _____, 2008

_____
Benjamin Hackman, Defendant

_____
Kambiz Sabouri, Defendant

_____
Sam Poddar, Defendant

_____
Sushil Goyal, Defendant

_____
Eric Schwotzer, Defendant

_____
Bill Larson, Defendant

_____
John Bachman, Defendant

_____
Peter Bazar, Defendant

_____
Joe Orlando, Defendant

_____
Eric Braunwart, Defendant

_____
Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

_____
Soraya Cayen, Defendant

_____
Robert Kane, Defendant

_____
Surinder Mittal, Defendant

_____
Parker, Milliken, Clark, O'Hara & Samuelian, PC

_____
Thomas E. Shuck, Attorney for Defendants

Sarrail, Lynch & Hall, LLP

_____
Linda J. Lynch, Attorney for Defendants

Dated:_____, 2008

Dated:_____, 2008
_____
Benjamin Hackman, Defendant

Dated:_____, 2008
_____
Kambiz Sabouri, Defendant

Dated:_____, 2008
_____
Sam Poddar, Defendant

Dated:_____, 2008
_____
Sushil Goyal, Defendant

Dated: 8/6_____, 2008
_____
Eric Schwotzer, Defendant

Dated:_____, 2008
_____
Bill Larson, Defendant

Dated:_____, 2008
_____
John Bachman, Defendant

Dated:_____, 2008
_____
Peter Bazar, Defendant

Dated:_____, 2008
_____
Joe Orlando, Defendant

Dated:_____, 2008
_____
Eric Braunwart, Defendant

Dated:_____, 2008
_____
Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

Dated:_____, 2008
_____
Soraya Cayen, Defendant

Dated:_____, 2008
_____
Robert Kane, Defendant

Dated:_____, 2008
_____
Surinder Mittal, Defendant

Dated:_____, 2008
Parker, Milliken, Clark, O'Hara & Samuelian, PC

_____
Thomas E. Shuck, Attorney for Defendants

Dated:_____, 2008
Sarrail, Lynch & Hall, LLP

_____
Linda J. Lynch, Attorney for Defendants

Dated: _____, 2008

_____
Benjamin Hackman, Defendant

Dated: _____, 2008

_____
Kambiz Sabouri, Defendant

Dated: _____, 2008

_____
Sam Poddar, Defendant

Dated: _____, 2008

_____
Sushil Goyal, Defendant

Dated: _____, 2008

_____
Eric Schwotzer, Defendant

Dated: _____Aug 6_____, 2008

_____
Bill Larson, Defendant

Dated: _____, 2008

_____
John Bachman, Defendant

Dated: _____, 2008

_____
Peter Bazar, Defendant

Dated: _____, 2008

_____
Joe Orlando, Defendant

Dated: _____, 2008

_____
Eric Braunwart, Defendant

Dated: _____, 2008

_____
Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

Dated: _____, 2008

_____
Soraya Cayen, Defendant

Dated: _____, 2008

_____
Robert Kane, Defendant

Dated: _____, 2008

_____
Surinder Mittal, Defendant

Dated: _____, 2008

Parker, Milliken, Clark, O'Hara & Samuelian, PC

_____
Thomas E. Shuck, Attorney for Defendants

Dated: _____, 2008

Sarrail, Lynch & Hall, ALP

_____
Linda J. Lynch, Attorney for Defendants

Dated:_____, 2008

Dated:_____, 2008

Dated:_____, 2008

Dated:_____, 2008

Dated:_____, 2008

Dated:_____, 2008

Dated: August 6, 2008

Dated:_____, 2008

Dated:_____, 2008

Dated:_____, 2008

Dated:_____, 2008

Dated:_____, 2008

Dated:_____, 2008

Dated:_____, 2008

Dated:_____, 2008

Dated:_____, 2008


_____
Benjamin Hackman, Defendant

_____
Kambiz Sabouri, Defendant

_____
Sam Poddar, Defendant

_____
Sushil Goyal, Defendant

_____
Eric Schwotzer, Defendant

_____
Bill Larson, Defendant

_____
John Bachman, Defendant

_____
Peter Bazar, Defendant

_____
Joe Orlando, Defendant

_____
Eric Braunwart, Defendant

_____
Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

_____
Soraya Cayen, Defendant

_____
Robert Kane, Defendant

_____
Surinder Mittal, Defendant

Parker, Milliken, Clark, O'Hara & Samuelian, PC


_____
Thomas E. Shuck, Attorney for Defendants

Sarrail, Lynch & Hall, ALP

_____
Linda J. Lynch, Attorney for Defendants

Dated:_____, 2008

_____
Benjamin Hackman, Defendant

Dated:_____, 2008

_____
Kambiz Sabouri, Defendant

Dated:_____, 2008

_____
Sam Poddar, Defendant

Dated:_____, 2008

_____
Sushil Goyal, Defendant

Dated:_____, 2008

_____
Eric Schwotzer, Defendant

Dated:_____, 2008

_____
Bill Larson, Defendant

Dated:_____, 2008

_____
John Backman, Defendant

Dated:   8/6   , 2008

_____
Peter Bazar, Defendant

Dated:_____, 2008

_____
Joe Orlando, Defendant

Dated:_____, 2008

_____
Eric Braunwart, Defendant

Dated:_____, 2008

_____
Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

Dated:_____, 2008

_____
Soraya Cayen, Defendant

Dated:_____, 2008

_____
Robert Kane, Defendant

Dated:_____, 2008

_____
Surinder Mittal, Defendant

Dated:_____, 2008

Parker, Milliken, Clark, O'Hara & Samuelian, PC

_____
Thomas E.  Shuck, Attorney for Defendants

Dated:_____, 2008

Sarrail, Lynch & Hall, ALP

_____
Linda J.  Lynch, Attorney for Defendants

Dated:_____, 2008

_____
Benjamin Hackman, Defendant

Dated:_____, 2008

_____
Kambiz Sabouri, Defendant

Dated:_____, 2008

_____
Sam Poddar, Defendant

Dated:_____, 2008

_____
Sushil Goyal, Defendant

Dated:_____, 2008

_____
Eric Schwotzer, Defendant

Dated:_____, 2008

_____
Bill Larson, Defendant

Dated:_____, 2008

_____
John Bachman, Defendant

Dated:_____, 2008

_____
Peter Bazar, Defendant

Dated: Aug. 8, 2008

_____
Joe Orlando, Defendant

Dated:_____, 2008

_____
Eric Braunwart, Defendant

Dated:_____, 2008

_____
Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

Dated:_____, 2008

_____
Soraya Cayen, Defendant

Dated:_____, 2008

_____
Robert Kane, Defendant

Dated:_____, 2008

_____
Surinder Mittal, Defendant

Dated:_____, 2008

Parker, Milliken, Clark, O'Hara & Samuelian, PC

_____
Thomas E. Shuck, Attorney for Defendants

Dated:_____, 2008

Sarrail, Lynch & Hall, LLP

_____
Linda J. Lynch, Attorney for Defendants

Dated: _____, 2008

_____
Benjamin Hackman, Defendant

Dated: _____, 2008

_____
Kambiz Sabouri, Defendant

Dated: _____, 2008

_____
Sam Poddar, Defendant

Dated: _____, 2008

_____
Sushil Goyal, Defendant

Dated: _____, 2008

_____
Eric Schwotzer, Defendant

Dated: _____, 2008

_____
Bill Larson, Defendant

Dated: _____, 2008

_____
John Bachman, Defendant

Dated: _____, 2008

_____
Peter Bazar, Defendant

Dated: _____, 2008

_____
Joe Orlando, Defendant

Dated: Aug 8 , 2008

_____
Eric Braunwart, Defendant

Dated: _____, 2008

_____
Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

Dated: _____, 2008

_____
Soraya Cayen, Defendant

Dated: _____, 2008

_____
Robert Kane, Defendant

Dated: _____, 2008

_____
Surinder Mittal, Defendant

Dated: _____, 2008

Parker, Milliken, Clark, O'Hara & Samuelian, PC

_____
Thomas E. Shuck, Attorney for Defendants

Dated: _____, 2008

Sarrail, Lynch & Hall, ALP

_____
Linda J. Lynch, Attorney for Defendants

Dated:_____, 2008

_____
Benjamin Hackman, Defendant

Dated:_____, 2008

_____
Kambiz Sabouri, Defendant

Dated:_____, 2008

_____
Sam Poddar, Defendant

Dated:_____, 2008

_____
Sushil Goyal, Defendant

Dated:_____, 2008

_____
Eric Schwotzer, Defendant

Dated:_____, 2008

_____
Bill Larson, Defendant

Dated:_____, 2008

_____
John Bachman, Defendant

Dated:_____, 2008

_____
Peter Bazar, Defendant

Dated:_____, 2008

_____
Joe Orlando, Defendant

Dated:_____, 2008

_____
Eric Braunwart, Defendant

Dated: _Aug. 6th_, 2008

_____
Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

Dated:_____, 2008

_____
Soraya Cayen, Defendant

Dated:_____, 2008

_____
Robert Kane, Defendant

Dated:_____, 2008

_____
Surinder Mittal, Defendant

Dated:_____, 2008

Parker, Milliken, Clark, O'Hara & Samuelian, PC

_____
Thomas E.  Shuck, Attorney for Defendants

Sarrail, Lynch & Hall, LLP

Dated:_____, 2008

_____
Linda J.  Lynch, Attorney for Defendants

Dated: _____, 2008

_____
Benjamin Hackman, Defendant

Dated: _____, 2008

_____
Kambiz Sabouri, Defendant

Dated: _____, 2008

_____
Sam Poddar, Defendant

Dated: _____, 2008

_____
Sushil Goyal, Defendant

Dated: _____, 2008

_____
Eric Schwotzer, Defendant

Dated: _____, 2008

_____
Bill Larson, Defendant

Dated: _____, 2008

_____
John Bachman, Defendant

Dated: _____, 2008

_____
Peter Bazar, Defendant

Dated: _____, 2008

_____
Joe Orlando, Defendant

Dated: _____, 2008

_____
Eric Braunwart, Defendant

Dated: _____, 2008

_____
Philip Zahn,
Philip Zahn & Associates, Inc. Defendants

Dated: 8/6, 2008

_____
Soraya Cayen, Defendant

Dated: _____, 2008

_____
Robert Kane, Defendant

Dated: _____, 2008

_____
Surinder Mittal, Defendant

Dated: _____, 2008

_____
Parker, Milliken, Clark, O'Hara & Samuelian, PC

_____
Thomas E. Shuck, Attorney for Defendants

Dated: _____, 2008

Sarrail, Lynch & Hall, LLP

_____
Linda J. Lynch, Attorney for Defendants

Dated:_____, 2008

_____
Benjamin Hackman, Defendant

Dated:_____, 2008

_____
Kambiz Sabouri, Defendant

Dated:_____, 2008

_____
Sam Poddar, Defendant

Dated:_____, 2008

_____
Sushil Goyal, Defendant

Dated:_____, 2008

_____
Eric Schwotzer, Defendant

Dated:_____, 2008

_____
Bill Larson, Defendant

Dated:_____, 2008

_____
John Bachman, Defendant

Dated:_____, 2008

_____
Peter Bazar, Defendant

Dated:_____, 2008

_____
Joe Orlando, Defendant

Dated:_____, 2008

_____
Eric Braunwart, Defendant

Dated:_____, 2008

_____
Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

Dated:_____, 2008

_____
Soraya Cayen, Defendant

Dated:_____, 2008

_____
Robert Kane, Defendant

Dated:___8/11___, 2008

_____
Surinder Mittal, Defendant

Dated:_____, 2008

Parker, Milliken, Clark, O'Hara & Samuelian, PC

_____
Thomas E. Shuck, Attorney for Defendants

Sarrail, Lynch & Hall, LLP

Dated:_____, 2008

_____
Linda J. Lynch, Attorney for Defendants

Dated: _____, 2008

_____
Benjamin Hackman, Defendant

Dated: 8/06/ , 2008

_____
Kambiz Saboun, Defendant

Dated: _____, 2008

_____
Sam Poddar, Defendant

Dated: _____, 2008

_____
Sushil Goyal, Defendant

Dated: _____, 2008

_____
Eric Schwotzer, Defendant

Dated: _____, 2008

_____
Bill Larson, Defendant

Dated: _____, 2008

_____
John Bachman, Defendant

Dated: _____, 2008

_____
Peter Bazar, Defendant

Dated: _____, 2008

_____
Joe Orlando, Defendant

Dated: _____, 2008

_____
Eric Braunwart, Defendant

Dated: _____, 2008

_____
Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

Dated: _____, 2008

_____
Soraya Cayen, Defendant

Dated: _____, 2008

_____
Robert Kane, Defendant

Dated: _____, 2008

_____
Surinder Mittal, Defendant

Dated: 8/6 , 2008

Parker, Milliken, Clark, O'Hara & Samuelian, PC

_____
Thomas E. Shuck, Attorney for Defendants

Dated: 8/5 , 2008

Sarrail, Lynch & Hall, LLP

_____
Linda J. Lynch, Attorney for Defendants

**PROOF OF SERVICE**

Paraíba.Com, Inc. v. American Gem Trade etc., et al.,
Case No. 5:08-cv-02215-PVT

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071.

On August 11, 2008, I served the foregoing document described as **ADR CERTIFICATION BY PARTIES AND COUNSEL** on all interested parties:

**SEE ATTACHED SERVICE LIST**

☒ (BY MAIL) By placing a true copy in envelope(s) addressed as referenced on ATTACHED SERVICE LIST. The envelope(s) were then sealed and deposited for collection and mailing in accordance with my employer's normal procedures. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service, with all postage prepaid, at Los Angeles, California, on the same day in the ordinary course of business.

☐ (BY OVERNIGHT DELIVERY) By placing a true copy in envelope(s) addressed as listed on ATTACHED SERVICE LIST. The envelopes were then sealed and deposited for collection and delivery in accordance with my employer's normal procedures. I am readily familiar with the firm's practice for collection and processing correspondence for overnight delivery. Under that practice it would be placed in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents.

☐ (BY FACSIMILE) Pursuant to agreement of the parties in compliance with California Rules of Court, Rule 2008, by use of facsimile machine telephone number (213) 683-6669, I served a true and correct copy of the above-referenced document on all interested parties in this action by facsimile transmission to the facsimile number(s) listed in the ATTACHED SERVICE LIST prior to 5:00 p.m. The transmission was reported as complete and without error on a printed report issued by said facsimile machine upon completion of the transmission.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 11, 2008 at Los Angeles, California.

_____
Marilyn D. Alvarado

PARKER MILLIKEN CLARK O'HARA & SAMUELIAN, A PROFESSIONAL CORPORATION

1

<u>Service List</u>

2

Paraiba.Com, Inc. v. American Gem Trade etc., et al.,
Case No.  5:08-cv-02215-PVT

3

4       John P. Hannon, II                          Attorney for Plaintiffs
        716 Capitola Avenue                         Paraiba.com, Inc. and David Sherman
        Suite F
5       Capitola, CA 95010

6       Nancy O. Dix                                Attorneys for Defendant
        DLA Piper US LLP                            Gemological Institute of America, Inc.
7       401 B Street
        Suite 1700
8       San Diego, CA 92101-4207

9       Jennifer Marie Feldman                      Attorneys for Defendant
        DLA Piper US LLP                            Gemological Institute of America, Inc.
10      401 B Street
        Suite 1700
11      San Diego, CA 92101-4207

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28