NANCY O. DIX, Bar No. 129150
nancy.dix@dlapiper.com
JENNIFER M. FELDMAN, Bar No. 216645
jennifer.feldman@dlapiper.com
DLA PIPER US LLP
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

Attorneys for Defendant,
GEMOLOGICAL INSTITUTE OF AMERICA, a
California Non-Profit Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PARAIBA.COM, INC. and DAVID SHERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GEM TRADE ASSOCIATION, INC. (a corporation licensed under the Laws of New York) et al.,<br><br>Defendants. | CASE NO. C 08-02215 PVT<br><br>**DECLARATION OF JENNIFER M. FELDMAN REGARDING PREPARATION AND SUBMISSION OF JOINT CASE MANAGEMENT STATEMENT PURSUANT TO CIVIL LOCAL RULE 16-9**<br><br>CMC: August 19, 2008<br>Time: 2:00 pm<br>Ctrm: 5<br>Judge: Hon. Patricia Trumbell |

-1-

I, Jennifer M. Feldman, declare:

1. I am a lawyer duly admitted to practice before this court, and am an associate with the firm of DLA Piper US LLP ("DLA"), attorneys for Gemological Institute of America, Inc. ("GIA"). If called upon to do so, I could testify to the following from my personal knowledge.

2. On Tuesday, August 5, 2008 I sent an e-mail to Thomas Shuck and Linda Lynch, counsel for AGTA and the individual defendants, and John P. Hannon, II, counsel for Plaintiffs. I copied Nancy Dix, a DLA partner and lead trial counsel for GIA on that e-mail. In that e-mail I alerted counsel of the parties' obligations under Civil Local Rule 16-9 to file a Joint Case Management Statement. I also attached a copy of the court's Standing Order re Joint Case Management Statement. I proposed that counsel have a conference call on Thursday, August 7, 2008 at 9:00 am to discuss the preparation of a Joint Case Management Statement. I sent the e-mail to two separate email addresses for Mr. Hannon: (1) jph3002@yahoo.com; and (2) jph3003@yahoo.com. Mr. Hannon has previously represented to me that jph3003@yahoo.com is his personal e-mail address. This is the e-mail address he has provided ECF for all electronic notifications. Mr. Hannon's assistant provided me with the jph3002@yahoo.com e-mail address, indicating that this is the office email address which she checks. I did not receive a response to this e-mail from Mr. Hannon.

3. Later that morning, on August 5, 2008, I sent a second e-mail to the same group of recipients, Mr. Shuck, Ms. Lynch, Mr. Hannon, and Ms. Dix, in which I suggested that I draft a proposed Joint Case Management Statement and that we have a conference call on Friday, August 8, 2008 to discuss the proposed draft. I did not receive a response to this e-mail from Mr. Hannon.

4. Later that afternoon, on August 5, 2008, I called Mr. Hannon to discuss the Joint Case Management Statement and to try to coordinate his availability for a conference call to discuss the preparation of a Joint Case Management Statement. The voicemail box at Mr. Hannon's office was full, and I was unable to leave a message.

/////

/////

DLA PIPER US LLP
SAN DIEGO
WEST\21491204.1
353397-000053

C 08-02215 PVT

5. On Wednesday, August 6, 2008, I sent an e-mail to Mr. Shuck, Ms. Lynch, Mr. Hannon and Ms. Dix attaching a draft Joint Case Management Statement for their review and comment. In that e-mail, I proposed a call on Friday, August 8, 2008 at 10:00 am to discuss the draft. I did not receive a response to this e-mail from Mr. Hannon.

6. Later that day, on August 6, 2008, I called Mr. Hannon's office. A woman with a heavy accent who seemed to have limited English told me Mr. Hannon was out and took my name and phone number to leave him a message. I did not recognize this woman's voice as that of Mr. Hannon's secretary, whom I have spoken to on two prior occasions. Mr. Hannon did not return my call.

7. On Thursday, August 7, 2008 I sent an e-mail to Mr. Shuck, Ms. Lynch, Mr. Hannon and Ms. Dix to schedule a call to discuss the draft Joint Case Management Statement for Friday, August 8, 2008 in the afternoon. Later that morning, I sent a second e-mail to these attorneys scheduling the call for Monday morning at 10:00 am. After receiving responses from Mr. Shuck and Ms. Lynch, we realized that we were not all available on Friday afternoon. I did not receive a response to this e-mail from Mr. Hannon.

8. Later that day, on August 7, 2008, I called Mr. Hannon's office and left a voicemail indicating that we were attempting to coordinate a call for Monday, August 11, 2008 at 10:00 am to discuss a draft Joint Case Management Statement I had previously circulated. I indicated that I had not gotten any response to the e-mails I had sent earlier in the week and was concerned that Mr. Hannon may not be receiving my correspondence. Mr. Hannon did not return my call.

9. On Friday, August 8, 2008, I sent Mr. Hannon a letter via facsimile, attaching the draft Joint Case Management Statement and indicating that despite my prior attempts, I had not received a response from him about his availability or willingness to participate in a conference call regarding preparation of a Joint Case Management Statement.

10. On Monday, August 11, 2008 at 10:00 am, Mr. Shuck, Ms. Lynch, Ms. Dix and I participated in a telephone conference to discuss the preparation of a Joint Case Management Statement. Mr. Hannon did not participate in the call. We decided, in light of Mr. Hannon's

-3-

1  failure to respond to my numerous e-mails, phone messages and facsimiles, to proceed with
2  preparing a Joint Case Management Statement to be filed on behalf of the defendants only.
3      11.    To date, Mr. Hannon has not responded to any of my prior e-mails, voice messages
4  or the facsimile requesting his participation in preparing a Joint Case Management Statement.
5      I declare under penalty of perjury under the laws of the state of California and the United
6  States of America that the foregoing is true and correct.
7      Executed on this 12 day of August, 2008.

Jennifer M. Feldman

DLA PIPER US LLP
SAN DIEGO
WEST\21491204.1
353397-000053
C 08-02215 PVT