**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **PARAIBA.COM, INC., DAVID SHERMAN,**<br><br>              **Plaintiff(s),**<br><br>**V.**<br><br>**AMERICAN GEM TRADE ASSOCIATION, INC., ET AL.,**<br><br>              **Defendant(s).**<br>_____ | **C 08-02215 PVT**<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 19, 2008 before the Honorable Judge Patricia V. Trumbull has been continued to **September 19, 2008 at 10:30 a.m.,** before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before September 12, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: 8/14/08                                                                RICHARD W. WIEKING,
                                                                                      Clerk of Court
                                                                                      /s/ Corinne Lew
                                                                                      _____
                                                                                      Corinne Lew
                                                                                      Deputy Clerk