Thomas E. Shuck SBN 116228
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN
A Professional Corporation
555 S. Flower St., 30th Floor
Los Angeles, California 90071-2440
Telephone:  (213) 683-6500
Facsimile:  (213) 683-6669
tshuck@pmcos.com

Attorneys for Defendants AMERICAN GEM TRADE ASSOCIATION, INC.; BETTY SUE KING; BARBARA LAWRENCE; ROBERT BENTLEY; BENJAMIN HACKMAN; KAMBIZ SABOURI; SAM PODDAR; SUSHIL GOYAL; ERIC SCHWOTZER; BILL LARSON; JOHN BACHMAN; PETER BAZAR; JOE ORLANDO; ERIC BRAUNWART; PHILIP ZAHM; PHILIP ZAHM & ASSOCIATES, INC.; SORAYA CAYEN; ROBERT KANE; and SURINDER MITTAL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (SAN JOSE DIVISION)

| | |
|---|---|
| PARAIBA.COM, INC. and DAVID SHERMAN,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GEM TRADE ASSOCIATION, INC. (a corporation licensed under the Laws of New York); GEMOLOGICAL INSTITUTE OF AMERICA, INC. (a corporation licensed under the laws of the State of California); BRAZIL IMPORTS, INC. (a corporation Licensed under the Laws of the State of California); LUIZ NOGUERIA; BARBARA LAWRENCE; OMI NAGPAL; KAMBIZ SABOURI; BETTY SUE KING; SAM PODDER; JOHN BACHMAN; PETER BAZAR; ROBERT BENTLEY; SORAYA CAYEN; SUSHIL GOYA; BENJAMIN HACKMAN; ROBERT KANE; GLENN LEHRER; SURINDER MITTAL; JOE ORLANDO; ERIC SCHWOTZER; ERIC BRAUWANT; WILLIAM LARSON; and Does 1 through 200, inclusive,<br><br>Defendants. | Case No. 5:08-cv-02215-PVT<br><br>Magistrate Judge: Patricia V. Trumbull<br><br>**SIGNATURE PAGE OF DEFENDANT ROBERT KANE TO THE ADR CERTIFICATION BY THE AMERICNA GEM TRADE ASSOCIATION, INC., ET AL. PARTIES AND COUNSEL** |

1  Defendant Robert Kane hereby submits his signature page to the ADR Certification
2  by Parties and Counsel which was filed by Defendants American Gem Trade Association,
3  Inc., et al. on August 11, 2008, as Docket Entry No. 17, a true and correct copy of which
4  is attached hereto as Exhibit "1" and incorporated herein.

6  DATED: August 21, 2008                    PARKER, MILLIKEN, CLARK, O'HARA &
                                              SAMUELIAN
7                                             A Professional Corporation

9                                             By:      /s/ Thomas E. Shuck
10                                                     THOMAS E. SHUCK

11                                            Attorneys for Defendants
                                              AMERICAN GEM TRADE
12                                            ASSOCIATION, INC.; BETTY SUE
                                              KING; BARBARA LAWRENCE;
13                                            ROBERT BENTLEY; BENJAMIN
                                              HACKMAN; KAMBIZ SABOURI; SAM
14                                            PODDAR; SUSHIL GOYAL; ERIC
                                              SCHWOTZER; BILL LARSON; JOHN
15                                            BACHMAN; PETER BAZAR; JOE
                                              ORLANDO; ERIC BRAUNWART;
16                                            PHILIP ZAHM; RICHARD KREMENTZ;
                                              SORAYA CAYEN; ROBERT KANE;
17                                            SURINDER MITTAL

28

SIGNATURE PAGE OF DEFENDANT ROBERT KANE
TO THE ADR CERTIFICATION BY PARTIES

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

# EXHIBIT "1"

Dated: _____, 2008

_____
Benjamin Hackman, Defendant

Dated: _____, 2008

_____
Kambiz Sabouri, Defendant

Dated: _____, 2008

_____
Sam Poddar, Defendant

Dated: _____, 2008

_____
Sushil Goyal, Defendant

Dated: _____, 2008

_____
Eric Schwotzer, Defendant

Dated: _____, 2008

_____
Bill Larson, Defendant

Dated: _____, 2008

_____
John Bachman, Defendant

Dated: _____, 2008

_____
Peter Bazar, Defendant

Dated: _____, 2008

_____
Joe Orlando, Defendant

Dated: _____, 2008

_____
Eric Braunwart, Defendant

Dated: _____, 2008

_____
Philip Zahm,
Philip Zahm & Associates, Inc. Defendants

Dated: _____, 2008

_____
Soraya Cayen, Defendant

Dated: 7 Aug., 2008

/s/ Robert E. Kane
_____
Robert Kane, Defendant

Dated: _____, 2008

_____
Surinder Mittal, Defendant

Dated: _____, 2008

Parker, Milliken, Clark, O'Hara & Samuelian, PC

_____
Thomas E. Shuck, Attorney for Defendants

Sarrail, Lynch & Hall, LLP

Dated: _____, 2008

/s/ Linda J. Lynch
_____
Linda J. Lynch, Attorney for Defendants

**PROOF OF SERVICE**

<u>Paraíba.Com, Inc. v. American Gem Trade etc., et al.,</u>
Case No. 5:08-cv-02215-PVT

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 30th Floor, Los Angeles, California 90071.

On August 21, 2008, I served the foregoing document described as **SIGNATURE PAGE OF DEFENDANT ROBERT KANE TO THE ADR CERTIFICATION BY THE AMERICNA GEM TRADE ASSOCIATION, INC., ET AL. PARTIES AND COUNSEL** on all interested parties:

**SEE ATTACHED SERVICE LIST**

☒ (BY MAIL) By placing a true copy in envelope(s) addressed as referenced on ATTACHED SERVICE LIST. The envelope(s) were then sealed and deposited for collection and mailing in accordance with my employer's normal procedures. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service, with all postage prepaid, at Los Angeles, California, on the same day in the ordinary course of business.

☐ (BY OVERNIGHT DELIVERY) By placing a true copy in envelope(s) addressed as listed on ATTACHED SERVICE LIST. The envelopes were then sealed and deposited for collection and delivery in accordance with my employer's normal procedures. I am readily familiar with the firm's practice for collection and processing correspondence for overnight delivery. Under that practice it would be placed in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 21, 2008 at Los Angeles, California.

_____
Marilyn D. Alvarado

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION

- 3 -

SIGNATURE PAGE OF DEFENDANT ROBERT KANE
TO THE ADR CERTIFICATION BY PARTIES

Service List

Paraiba.Com, Inc. v. American Gem Trade etc., et al.,
Case No. 5:08-cv-02215-PVT

| | |
|---|---|
| John P. Hannon, II<br>716 Capitola Avenue<br>Suite F<br>Capitola, CA 95010 | Attorney for Plaintiffs<br>Paraiba.com, Inc. and David Sherman |
| Nancy O. Dix<br>Jennifer Marie Feldman<br>DLA Piper US LLP<br>401 B Street<br>Suite 1700<br>San Diego, CA 92101-4207 | Attorneys for Defendant<br>Gemological Institute of America, Inc. |

SIGNATURE PAGE OF DEFENDANT ROBERT KANE
TO THE ADR CERTIFICATION BY PARTIES

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION