1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                                 SAN JOSE DIVISION

8

9    PARAIBA.COM, INC., et al.,                 *E-FILED - 9/22/08*

10               Plaintiff,                      CASE NO.: C-08-02215-RMW

11        v.                                     ORDER TO SHOW CAUSE RE DISMISSAL

12   AMERICAN GEM TRADE ASSOCIATION,
     INC., et al.,
13
                 Defendants.
14

15        This matter came on regularly for a Case Management Conference on September 19, 2008.

16   Plaintiff failed to appear.  Therefore,

17        IT IS HEREBY ORDERED that plaintiff appear on **October 17, 2008 at 9:00 a.m.** in

18   courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for

19   failure to appear at the Case Management Conference or diligently prosecute the case.  Plaintiff is to

20   file by October 10, 2008, a declaration showing good cause for failing to appear or diligently

21   prosecute this case.  IF PLAINTIFF FAILS TO SHOW GOOD REASON FOR HIS FAILURE TO

22   APPEAR OR DILIGENTLY PROSECUTE, THE CASE WILL BE DISMISSED.

23

24   DATED: **9/22/08**

25                                              _____
                                                RONALD M. WHYTE
26                                              United States District Judge

27

28
                                                1
     ORDER TO SHOW CAUSE
     NO. C08-02215 RMW

1

2   Notice of this document has been electronically sent to counsel of record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE
NO. C08-02215 RMW