E-FILED on: **10/27/2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PARAIBA.COM, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN GEM TRADE ASSOCIATION, INC., et al., <br><br> Defendants. | No. C-08-02215 RMW <br><br> ORDER DISMISSING CASE <br><br> **[Re Docket No. 29]** |

On September 19, 2008, this case came on for a case management conference. The plaintiffs filed a case management statement but failed to appear at the hearing. On September 22, 2008 this court issued an order to show cause why plaintiffs' case should not be dismissed for failure to diligently prosecute. The court set a deadline of October 10, 2008 for the plaintiffs to file a response. The plaintiffs failed to file a response. The plaintiffs also failed to appear at a hearing on the matter on October 17, 2008. Therefore,

IT IS HEREBY ORDERED that this case is dismissed *with prejudice* for failure to respond to the court's order to show cause and for failure to diligently prosecute.

DATED:  10/22/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE
No. C-08-02215 RMW
TSF

1  **Notice of this document has been electronically sent to:**

2  **Counsel for Plaintiffs:**

3  John Patrick Hannon, II    jph3003@yahoo.com

4  **Counsel for Defendants:**

5  Nancy O. Dix    nancy.dix@dlapiper.com
   Linda Jean Lynch    llynch@slhlawfirm.com
6  Thomas Edward Shuck    tshuck@pmcos.com

7  Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8

9
   **Dated:**   10/27/2008          TSF
10                              **Chambers of Judge Whyte**