E-FILED on: 10/27/2008

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PARAIBA.COM, INC., et al., | No. C-08-02215 RMW |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| AMERICAN GEM TRADE ASSOCIATION, INC., et al., | |
| Defendants. | |

On October 27, 2008 the court entered its order dismissing this case for failure to prosecute and as a sanction for failing to respond to the court's order to show cause. Therefore,

IT IS HEREBY ORDERED that judgment of dismissal is hereby entered in favor of defendants and against plaintiffs and the plaintiffs shall take nothing by way of their complaint.

DATED: 10/27/2008

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT OF DISMISSAL
No. C-08-02215 RMW
TSF

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiffs:**

3 John Patrick Hannon, II     jph3003@yahoo.com

4 **Counsel for Defendants:**

5 Nancy O. Dix              nancy.dix@dlapiper.com
Linda Jean Lynch          llynch@slhlawfirm.com
6 Thomas Edward Shuck       tshuck@pmcos.com

7 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8

9

**Dated:**      10/27/2008                                    TSF
10                                                **Chambers of Judge Whyte**